1  LAW OFFICES OF DEBORAH L. RAYMOND
2  Deborah L. Raymond, SBN 173528
   445 Marine View Avenue, Suite 300
3  Del Mar, CA 92014
   Tel#: (858) 481-9559
4
5  Attorney For Plaintiff, HARU M. LINDSEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARU M. LINDSEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC RECOVERY SOLUTIONS, LLC, a South Carolina Limited Liability Company; ERIC GOLDEN, an individual; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.  14cv1084 GPC JMA<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; and PROOF OF SERVICE** |

////

////

////

////

**TO: THE HONORABLE GONZALO P. CURIEL, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff HARU M. LINDSEY ("Plaintiff"), by and through her attorney of record, hereby dismisses and requests that the Court dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure section 41(a)(1)(A)(i).

Respectfully submitted.

DATED: September 5, 2014

                                        LAW OFFICES OF DEBORAH L. RAYMOND

                                        By  /s/ Deborah L. Raymond
                                                  Deborah L. Raymond, Esq.,
                                                       Attorney for Plaintiff

Lindsey v. Dynamic Recovery Solutions, LLC et al.
Case No. 14CV1084 GPC JMA

2

NOTICE OF DISMISSAL WITH PREJUDICE AND PROOF OF SERVICE

PROOF OF SERVICE

I am employed in the City of Del Mar, County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 445 Marine View Avenue, Suite 300, Del Mar, California 92014.

On September 5, 2014, I caused to be served the following document(s): copy(ies) of

**1)** **NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; and PROOF OF SERVICE**

on the party(ies) in this action as follows:

Chad v. Echols, Esq.
THE ECHOLS FIRM, llc
P.O. Box 12645
Rock Hill, SC 29731

[]  **(BY FACSIMILE)** I sent each such document by facsimile to

[XX]  **(BY MAIL)** I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for first-class mail for collection and mailing at Solana Beach or Del Mar, California, following ordinary business practices. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

[]  **(BY ECF)** Notice was electronically mailed by filing through CM ECF.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Del Mar, California on September 5, 2014.

/s/ Deborah L. Raymond
Deborah L. Raymond, Esq.

Lindsey v. Dynamic Recovery Solutions, LLC et al.
Case No. 14CV1084 GPC JMA

3

NOTICE OF DISMISSAL WITH PREJUDICE
AND PROOF OF SERVICE